1  DANIEL BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (209) 487-5561

5  Attorney for Defendant
   STEVEN KENNETH YOUNG

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:08-cr-0218 OWW
                                      )
12              Plaintiff,            )   **EX PARTE REQUEST TO PERMIT**
                                      )   **DEFENDANT'S TRAVEL;**
13        v.                          )   **ORDER**
                                      )
14 STEVEN KENNETH YOUNG,              )
                                      )   Judge: Hon. Sandra M. Snyder
15              Defendants.           )
   _____)

16

17        The defendant Steven Kenneth Young  requests permission to travel to Pismo Beach on August 31,

18 2008 departing on August 31, 2008 at about 4:00 a.m. and returning home before 8:00 p.m. on Sunday,

19 September 1, 2008. Mr. Young would travel with his wife and daughter. The purpose of the trip is to

20 attend a family gathering with Mr. Young's father's family.

21        Mr. Young is charged by indictment with violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. §

22 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B). This Court released Mr. Young from custody on June 27, 2008

23 on his own recognizance and to the third party custody of his mother. Mr. Young has a 5:00 a.m. to 8:00

24 p.m. curfew and his travel is restricted to the Eastern District of California. His next court appearance is

25 scheduled for September 22, 2008.

26 ///

27 ///

28 ///

1    Defense counsel has discussed this request with Pretrial Services Officer, Monte Olson. Mr. Olson

2  is not opposed to the request. Defense counsel has communicated this request to Assistant U.S. Attorney

3  Elana Landau via e-mail. Ms. Landau would defer to Pretrial Services in this matter.

4

5  Dated: August 28, 2008                       Respectfully submitted,

6                                               DANIEL J. BRODERICK
                                                 Federal Defender
7

8                                                 /s/ Victor M. Chavez
9                                                VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
10                                               Attorney for Defendant
                                                 Steven Kenneth Young
11

12

13

14                                         **ORDER**

15    The Court approves Mr. Young's request to travel to Pismo Beach for a family gathering on

16  August 31, 2008. Mr. Young may leave his home at 4:00 a.m. and he is to return home by 8:00 p.m. on

17  Monday, September 1, 2008. All other conditions remain in full force and effect.

18  IT IS SO ORDERED.

19  **Dated:   August 28, 2008**              /s/ Sandra M. Snyder
20                                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2