DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN KENNETH YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0218 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date:   December 8, 2008 |
| STEVEN KENNETH YOUNG, | ) | Time:   9:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for October 27, 2008 at 9:00 a.m. may be continued to December 8, 2008 at 9:00 a.m.

More time is needed because the forensic report has not been completed. The parties expect that it will be completed by the end of the month. Therefore, additional time is needed for defense review of this discovery. Assistant United States Attorney, Elana Landau, does not oppose this request.

The parties also agree that any delay resulting from this continuance shall be excluded in

///
///
///
///
///

1   the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

2

3                                          McGREGOR W. SCOTT
                                           United States Attorney
4

5   DATED:  October 22, 2008          By:   /s/ Elana Landau
                                            ELANA LANDAU
6                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
7

8                                          DANIEL J. BRODERICK
                                           Federal Public Defender
9

10  DATED:  October 22, 2008          By  /s/ Victor M. Chavez
                                           VICTOR M. CHAVEZ
11                                         Assistant Federal Defender
                                           Attorney for Defendant
12                                         Steven Kenneth Young

13

14

15

16

17                              **O R D E R**

18         IT IS SO ORDERED.

19  **Dated:    October 22, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28