```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  STEVEN KENNETH YOUNG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-0218 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE; ORDER |
| v. | ) Date: March 16, 2009 |
| STEVEN KENNETH YOUNG, | ) Time: 9:00 a.m. ) Judge: Hon. Oliver W. Wanger |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for February 9, 2009 at 9:00 a.m. may be continued to March 16, 2009 at 9:00 a.m.

This stipulation is entered into at the defendant's request in order to complete plea negotiations.

///
///
///
///
///
///
///
///

1   The parties also agree that any delay resulting from this continuance shall be excluded in the
2   interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED:  February 4, 2009          By:   /S/ Sheila Oberto
                                                SHEILA OBERTO
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED:  February 4, 2009          By  /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Steven Kenneth Young


**O R D E R**

IT IS SO ORDERED.

**Dated:    February 4, 2009**          **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg
                                    2