DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN KENNETH YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0218 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: July 27, 2009 |
| STEVEN KENNETH YOUNG, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for June 22, 2009 at 9:00 a.m. may be continued to July 27, 2009 at 9:00 a.m.

This continuance is requested by counsel for the defendant to allow additional time for its expert to examine the evidence. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: June 18, 2009           By:      /S/ Sheila Oberto
                                        SHEILA OBERTO
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED: June 18, 2009           By       /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Steven Kenneth Young
```

## O R D E R

IT IS SO ORDERED.

**Dated:   June 18, 2009**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE