1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   STEVEN KENNETH YOUNG

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-cr-0218 OWW
                                       )
12                  *Plaintiff,*       )   EX PARTE REQUEST FOR MODIFICATION
                                       )   OF DEFENDANT'S PRETRIAL RELEASE
13          v.                         )   CONDITIONS; DECLARATION OF
                                       )   COUNSEL; PROPOSED ORDER
14  STEVEN KENNETH YOUNG,              )
                                       )
15                  *Defendant.*       )
                                       )
16  ─────────────────────────────

17          Defendant Steven K. Young, through his attorney of record Assistant Federal Defender Victor M.

18  Chavez, hereby requests that this Court modify his pretrial release conditions to enable him to attend a

19  family camping trip from July 3, 2009 to July 5, 2009.  His Pretrial Services Officer, Monte Olson is not

20  opposed to this request.  Assistant United States Attorney, Sheila K. Oberto is not opposed to this request.

21          Mr. Young is presently charged with receipt or distribution of child pornography (18 U.S.C.

22  §2252(a)(2)) and possession of same, (18 U.S.C. 2252(a)(4)(B) .  He is in compliance with the terms of

23  his pretrial release.

24          Specifically, Mr. Young, his wife and two children will travel to Tamarack Ridge, just north of

25  Shaver Lake, Fresno County, on July 3, 2009 for a family camping trip.  Mr. Young will be with his father

26  Steven Young, Sr., some cousins, and their respective spouses.  Mr. Young will be home on July 5, 2009

27  by 8:00 p.m.

28  ///

1    In support of this request, I Victor M. Chavez declare as follows:

2    1.  I am the Assistant Federal Defender appointed to represent Mr. Young in this matter.

3    2.  On June 30, 2009 I spoke with Monte Olson, the Pretrial Services Officer in this case, and he

4    does not oppose Mr. Young's request.

5    3.  On July 1, 2009 Sheila K. Oberto, the Assistant United States in this case stated via email that

6    she does not oppose Mr. Young's request.

7    I declare under penalty of perjury under the laws of the United States that the foregoing is true and

8    correct.  This declaration is made on July 1, 2009 at Fresno, California.

9    Dated: July 1, 2009

10                                                   /s/ Victor M. Chavez_____
                                                     VICTOR M. CHAVEZ
11

12   Based on the foregoing, Mr. Young requests that the Court modify his pretrial release conditions as

13   requested and set forth in the proposed order below.

14                                                   DANIEL J. BRODERICK
                                                     Respectfully submitted,
15

16                                                   /s/ Victor M. Chavez_____
                                                     VICTOR M. CHAVEZ
17                                                   Attorney for Defendant
                                                     Steven K. Young
18

19

20                                 **ORDER**

21   The Court hereby orders that Mr. Young's conditions of pretrial release are modified to permit him

22   to attend a family camping trip to Tamarack Ridge, just North of Shaver Lake, Fresno County, California.

23   Mr. Young is authorized to leave home on July 3, 2009.  He shall return to his residence by 8:00 p.m. on

24   July 5, 2009.

25   IT IS SO ORDERED.

26   **Dated:   July 2, 2009**          _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE
27

28

Ex Parte Request For Modification of Pretrial Release
Conditions; Dec; Order