

FILED
NOV 1 2 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 DANIEL J. BRODERICK, #89424
  Federal Defender
2 VICTOR M. CHAVEZ, Bar #113752
  Assistant Federal Defender
3 Designated Counsel for Service
  2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
  Telephone: (559) 487-5561
5
  Attorney for Defendant
6 STEVEN KENNETH YOUNG

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) NO. 1:08-cr-0218 OWW
                                      )
12           Plaintiff,               )
                                      ) STIPULATION TO RESET MOTIONS
13     v.                             ) SCHEDULE; ORDER
                                      )
14 STEVEN KENNETH YOUNG,              ) Date:  December 7, 2009
                                      ) Time:  9:00 a.m.
15           Defendant.               ) Judge: Hon. Oliver W. Wanger
   _____    )

16

17     IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel

18 of record that the existing schedule for filing motions may be reset as follows: Defendant may have until

19 November 9, 2009 to file motions, the government may have until November 30, 2009 to reply and the

20 hearing date may be moved to December 7, 2009.

21     The reason for this request, initiated by the defense, is that the defendant is awaiting completion of

22 of the forensic examination of the computer media involved in this case. Such examination has been

23 delayed due to technical difficulties and because the government recently provided new materials for

24 review by the defense expert and said expert has been working on another case in Japan. The additional

25 time is necessary to allow the defense expert to complete his work and provide his work product to

26 defense counsel for use in the preparation of any motions.

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

4

5                                                       LAWRENCE G. BROWN
                                                        United States Attorney
6

7   DATED: October 19, 2009           By:   /s/ Elana Landau
                                            ELANA LANDAU
8                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
9

10                                          DANIEL J. BRODERICK
                                            Federal Public Defender
11

12  DATED: October 19, 2009           By /s/ Victor M. Chavez
                                         VICTOR M. CHAVEZ
13                                       Assistant Federal Defender
                                         Attorney for Defendant
14                                       Steven Kenneth Young

15

16

17

18

19                                   **ORDER**

20  IT IS SO ORDERED.
    DATED: ~~October~~ November 12, 2009
21

22                                          _____
                                            OLIVER W. WANGER, Judge
23                                          United States District Court
                                            Eastern District of California
24

Stipulation to Reset Motions Schedule        2