DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN KENNETH YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN KENNETH YOUNG, <br><br> *Defendant.* | NO. 1:08-cr-0218 OWW <br><br> EX PARTE REQUEST FOR MODIFICATION OF DEFENDANT'S PRETRIAL RELEASE CONDITIONS; DECLARATION OF COUNSEL; ORDER |

Defendant Steven K. Young, through his attorney of record Assistant Federal Defender Victor M. Chavez, hereby requests that this Court modify his pretrial release conditions to enable him to visit overnight at his father's home in Madera. His Pretrial Services Officer, Monte Olson is not opposed to this request.  Assistant United States Attorney, Elana Landau has no position on the matter and feels it is up to Pretrial Services and the Court.

Mr. Young is presently charged with receipt or distribution of child pornography (18 U.S.C. §2252(a)(2)) and possession of same, (18 U.S.C. 2252(a)(4)(B) . He is in compliance with the terms of his pretrial release. His next court appearance is February 8, 2010 for change of plea.

Specifically, Mr. Young requests permission to leave home on January 23, 2010 at 10:00 a.m. and travel to his father's home in Madera, California. He would like to spend the night at his father's house and return to his residence in Tulare by 8:00 p.m. on January 24, 2010. The defendant's father, Steven W. Young, is fully informed about his son's case.

Based on the foregoing, Mr. Young requests that the Court modify his pretrial release conditions as requested and set forth in the proposed order below.

DANIEL J. BRODERICK
Respectfully submitted,

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Attorney for Defendant
Steven K. Young

## DECLARATION OF VICTOR M. CHAVEZ

In support of this request, I Victor M. Chavez declare as follows:

1. I am the Assistant Federal Defender appointed to represent Mr. Young in this matter.

2. On January 21, 2010, I spoke with Monte Olson, the Pretrial Services Officer in this case, and he does not oppose Mr. Young's request.

3. On January 21, 2010, Elana Landau, the Assistant United States in this case stated via email that she does not have a position concerning this request and that it is up to Pretrial Services and the Judge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is made on January 21, 2010 at Fresno, California.

Dated: January 21, 2010

/s/ Victor M. Chavez
VICTOR M. CHAVEZ

## ORDER

The Court hereby orders that Mr. Young's conditions of pretrial release are modified to permit him to have an overnight visit at his father's home in Madera, California. Mr. Young is authorized to leave home on January 23, 2010 at 10:00 a.m. and to spend the night at his father's house in Madera, California. Mr. Young shall be back at his home by 8:00 p.m. on Sunday, January 24, 2010.

IT IS SO ORDERED.

**Dated:   January 22, 2010**              /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE