DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN KENNETH YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>STEVEN KENNETH YOUNG,<br><br>　　　　*Defendant.* | NO. 1:08-cr-00218 OWW<br><br>ORDER RE: STIPULATION TO CONTINUE SENTENCING HEARING<br><br>Date:  April 26, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Sentencing may be continued from April 12, 2010 to **April 26, 2010 at 9:00 a.m.**

　　　It is further agreed that the defendant shall file any informal objections to the Presentence Investigation Report by April 5, 2010 and any formal objections by April 19, 2010.

　　　This stipulation was requested by the defendant based on his need for additional time to prepare informal objections.

///
///
///
///
///
///
///

1
2                                                  LAWRENCE G. BROWN
                                                   United States Attorney

3    DATED: March 30, 2010          By:    /s/ Elana Landau
                                           ELANA LANDAU
4                                          Assistant U.S. Attorney
                                           Attorney for Plaintiff
5

6                                           DANIEL J. BRODERICK
                                            Federal Public Defender
7

8    DATED: March 30, 2010          By /s/ Victor M. Chavez
                                       VICTOR M. CHAVEZ
9                                      Assistant Federal Defender
                                       Attorney for Defendant
10                                     Steven Kenneth Young

11

12   IT IS SO ORDERED.

13   **Dated:   March 30, 2010**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Reset Motions Schedule                2