1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  7636 N. Ingram Ave., #104
Fresno, California  93711
3  Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
STEVEN K. YOUNG
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-cr-00218-1-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO DECEMBER 14, 2020; ORDER THEREON |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | Date:  December 14, 2020 (Proposed) |
| STEVEN K. YOUNG, | ) | Time:  2:00 PM |
| | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, STEVEN K. YOUNG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JOSEPH BARTON, that the Status Conference in the above-captioned matter currently scheduled for June 15, 2020 at 2:00 PM be continued until December 14, 2020 at 2:00 PM.

The government has no objection.

On January 24, 2020, a petition was filed alleging that Mr. Young violated the following conditions of his probation: unauthorized viewing of adult pornography and unauthorized use of a computer device.

Probation Officer Adam Tunison monitoring Mr. Young in the Eastern District of California reports that Mr. Young has remained in full compliance with the terms of his Probation and all that has been asked of him. Probation Officer Adam Tunison also reports that polygraph

testing has been unavailable due to the Coronavirus, but is expected to become available by December.

With the continued spread of the Coronavirus pandemic, the parties agree that it would be in the best interest of the health of everyone involved to continue the Status Conference in the above-captioned matter.

Mr. Young respectfully requests a continuance of his Status Conference in Case No. 1:08-cr-00218-1-DAD from June 15, 2020 at 2:00 PM until December 14, 2020 at 2:00 PM.

Dated: June 9, 2020          */s/ Carol Ann Moses*
                             CAROL ANN MOSES
                             Attorney for Defendant,
                             STEVEN K. YOUNG

Dated: June 9, 2020          */s/ Joseph Barton*
                             JOSEPH BARTON
                             ASSISTANT UNITED STATES ATTORNEY

**ORDER**

GOOD CAUSE APPEARING, the above request to continue the Status Conference in Case No. 1:08-cr-00218-1-DAD from June 15, 2020, at 2:00 PM until December 14, 2020, at 2:00 PM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **June 9, 2020**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE