**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
STEVEN K. YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN K. YOUNG,<br><br>        Defendant. | CASE NO. 1:08-cr-00218-1-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE TO FEBRUARY 10, 2021; ORDER THEREON<br><br>Date:   February 10, 2021 (Proposed)<br>Time:   2:00 PM<br>Judge:  Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the Defendant, STEVEN K. YOUNG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JOSEPH BARTON, that the Status Conference in the above-captioned matter currently scheduled for December 14, 2020 at 2:00 PM be continued until February 10, 2021 at 2:00 PM.

The government has no objection.

On January 24, 2020, a petition was filed alleging that Mr. Young violated the following conditions of his probation: unauthorized viewing of adult pornography and unauthorized use of a computer device.

Adam Tunison, United States Probation Officer monitoring Mr. Young in the Eastern District of California, reports that Mr. Young has remained in full compliance with the terms and conditions of his Probation and has done so with a very good attitude.

Probation Officer Adam Tunison also reports that a polygraph test will need to be administered, but has been unavailable due to the Coronavirus pandemic. Polygraph testing is expected to become available by the end of January 2021.

Mr. Young respectfully requests a continuance of his Status Conference in Case No. 1:08-cr-00218-1-DAD from December 14, 2020 at 2:00 PM until February 10, 2021 at 2:00 PM so a polygraph can be scheduled and administered.

Dated: December 3, 2020           /s/ Carol Ann Moses
                                  CAROL ANN MOSES
                                  Attorney for Defendant,
                                  STEVEN K. YOUNG


Dated: December 3, 2020           /s/ Joseph Barton
                                  JOSEPH BARTON
                                  ASSISTANT UNITED STATES ATTORNEY


**ORDER**

GOOD CAUSE APPEARING, the above request to continue the Status Conference in Case No. 1:08-cr-00218-1-DAD from December 14, 2020 at 2:00 PM until February 10, 2021, at 2:00 PM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **December 3, 2020**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE