1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4 carol@yosemitelawyer.com

5 Attorney for Defendant,
STEVEN K. YOUNG
6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO. 1:08-cr-00218-1-DAD
                                )
11           Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                )   CONFERENCE TO MARCH 31, 2021;
12                               )   AND ORDER
    vs.                          )
13                               )
                                )   Date:  March 31, 2021 (Proposed)
14 STEVEN K. YOUNG,              )   Time:  2:00 PM
                                )   Judge: Hon. Barbara A. McAuliffe
15                               )
           Defendant.            )
16 _____)

17

18      **IT IS HEREBY STIPULATED** by and between the Defendant, STEVEN K. YOUNG,

19 his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JOSEPH

20 BARTON, that the Status Conference in the above-captioned matter currently scheduled for

21 February 10, 2021 at 2:00 PM be continued until March 31, 2021 at 2:00 PM.

22      The government has no objection.

23      On January 24, 2020, a petition was filed alleging that Mr. Young violated the following

24 conditions of his probation: unauthorized viewing of adult pornography and unauthorized use of a

25 computer device.

26      Probation Officer Adam Tunison reports Mr. Young passed the routine polygraph

27 examination, but a second one needs to be administered to ask questions with more specificity.

28 The polygraph examination is not yet scheduled.

Mr. Young respectfully requests a continuance of his Status Conference in Case No. 1:08-cr-00218-1-DAD from February 10, 2021 at 2:00 PM until March 31, 2021 at 2:00 PM so a second polygraph can be scheduled and administered.

Dated: January 27, 2021          /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 STEVEN K. YOUNG

Dated: January 27, 2021          /s/ Joseph Barton
                                 JOSEPH BARTON
                                 ASSISTANT UNITED STATES ATTORNEY

## ORDER

GOOD CAUSE APPEARING, the above request to continue the Status Conference in Case No. 1:08-cr-00218-1-DAD from February 10, 2021 at 2:00 PM until **March 31, 2021 at 2:00 PM before Magistrate Judge Sheila K. Oberto** is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **January 27, 2021**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE