**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
STEVEN K. YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO. 1:08-cr-00218-1-DAD |
|                                      ) | |
|                 Plaintiff,           ) | STIPULATION TO CONTINUE STATUS |
|                                      ) | CONFERENCE TO MAY 5, 2021; |
|                                      ) | ORDER THEREON |
| vs.                                  ) | |
|                                      ) | |
|                                      ) | Date:  May 5, 2021 |
| STEVEN K. YOUNG,                     ) | Time:  2:00 PM |
|                                      ) | Judge: Hon. Barbara A. McAuliffe |
|                                      ) | |
|                 Defendant.           ) | |
| _____    ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, STEVEN K. YOUNG, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JOSEPH BARTON, that the Status Conference in the above-captioned matter currently scheduled for March 31, 2021 at 2:00 PM be continued until May 5, 2021 at 2:00 PM.

The government has no objection.

On January 24, 2020, a petition was filed alleging that Mr. Young violated the following conditions of his probation: unauthorized viewing of adult pornography and unauthorized use of a computer device.

Today, March 29, 2021, Defense Counsel was assigned a Courtroom in Madera Superior Court for a criminal trial. The Case Number in the Madera matter is MCR065207B. Trial begins tomorrow, March 30, 2021. Due to COVID-19 restrictions, trials are taking exponentially longer

than they have in the past. Jury selection alone is projected to take three weeks, and trials are moving very slowly as health precautions and social distancing are of utmost priority to the Court.

  Mr. Young respectfully requests a continuance of his Status Conference in Case No. 1:08-cr-00218-1-DAD from March 31, 2021 at 2:00 PM until May 5, 2021 at 2:00 PM so Defense Counsel may provide her full attention to Mr. Young after the conclusion of her trial in Madera Superior Court. Should trial proceed May 5, 2021, Defense Counsel will promptly submit another request for continuance to the Court.

Dated: March 29, 2021     /s/ Carol Ann Moses
              CAROL ANN MOSES
              Attorney for Defendant,
              STEVEN K. YOUNG

Dated: March 29, 2021     /s/ Joseph Barton
              JOSEPH BARTON
              ASSISTANT UNITED STATES ATTORNEY

**ORDER**

  GOOD CAUSE APPEARING, the above request to continue the Status Conference in Case No. 1:08-cr-00218-1-DAD from March 31, 2021 at 2:00 PM until May 5, 2021 at 2:00 PM before the Duty Magistrate is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

  Dated: **March 29, 2021**     /s/ Erica P. Grosjean
                UNITED STATES MAGISTRATE JUDGE